**MANCINI, R.**

v.

**CONCORDE GROUP, et al.**

**1875 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

Reargument Denied 8/3/2017

10–6489 (Delaware)

Quashed

**KOUZOUPIS JEWELRY**

v.

**ZIKOS, G.**

**2456 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

No. 2011–00122
(Bucks)

Affirmed

**C.H.C.**

v.

**C.G.C.–F**

**3327 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

Reargument Denied 7/26/2017

No. 1407V7250 (Philadelphia)

Appeal Dismissed

**C.H.C.**

v.

**C.G.C.-F**

**3328 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

Reargument Denied 7/26/2017

No. 1407V7250
(Philadelphia)

Appeal Dismissed